# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 18-763 consolidated with 18-547

**ED STONE, ET AL.**

**VERSUS**

**ALLSTATE PROPERTY & CASUALTY INSURANCE**

**COMPANY, ET AL.**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT
PARISH OF CATAHOULA, NO. 28,822"A"
HONORABLE KATHY A. JOHNSON, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**SHANNON J. GREMILLION**
**JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Shannon J. Gremillion, and Van H. Kyzar, Judges.

**THIBODEAUX, Chief Judge, concurs in the result.**

**REVERSED AND RENDERED.**

**Steven B. Rabalais**
**Melvin A. Eiden**
**Blake T. Couvillion**
**Rabalais & Hebert**
**701 Robley Drive, Suite 210**
**Lafayette, LA 70503**
**(337) 981-0309**
**COUNSEL FOR DEFENDANT/APPELLANT:**
     **Sentry Select Insurance Company**

**L. Lyle Parker**
**Christina S. Slay**
**Elizabeth B. Carr**
**Bolen, Parker, Brenner, Lee & Engelsman, APLC**
**P. O. Box 11590**
**Alexandria, LA 71315-1590**
**(318) 445-8236**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
     **Allstate Property and Casualty Insurance Company**
     **Steven Card**

**Barry A. Roach**
**Larry A. Roach, Inc.**
**2917 Ryan St.**
**Lake Charles, LA 70601**
**(337) 433-8504**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
     **Ed Stone**

**GREMILLION, Judge.**

For the reasons set forth in *Stone v. Allstate Property and Casualty Insurance Company*, 18-547 (La.App. 3 Cir. __/__/__), ___ So.3d ___, the judgment of the trial court in favor of plaintiff/appellee, Ed Stone, and against defendant/appellant, Sentry Select Insurance Company, is reversed. All costs of this proceeding are taxed to plaintiff/appellee, Ed Stone.

**REVERSED AND RENDERED.**